◾ NORTH AMERICAN PNEUMATIC TUBE CO., INC., Respondent, v PAUL MISHKIN, Appellant. [612 NYS2d 1021] —Order unanimously affirmed with costs. Memorandum: Supreme Court properly granted plaintiff's cross motion for summary judgment based on proof of the existence of the promissory note and nonpayment (*see, Alicanto v Woolverton,* 142 AD2d 703, *lv denied* 73 NY2d 702; *Grasso v Shutts Agency,* 132 AD2d 768, *appeal dismissed* 70 NY2d 797). The parol evidence proffered by defendant was an impermissible attempt to alter the express terms of that unambiguous note and was insufficient to defeat summary judgment (*see, Kornfeld v NRX Technologies,* 93 AD2d 772, *affd* 62 NY2d 686; *Alicanto v Woolverton, supra; Grasso v Shutts Agency, supra).* Supreme Court's earlier denial without prejudice of plaintiff's motion for summary judgment in lieu of complaint did not preclude plaintiff's cross motion (*see, Technical Tape v Spray-Tuck, Inc.,* 146 AD2d 517, 518, *lv dismissed* 74 NY2d 791). (Appeal from Order of Supreme Court, Onondaga County, Mordue, J.—Summary Judgment.) Present—Green, J. P., Pine, Lawton, Callahan and Boehm, JJ.